### WARD v. STATE.
### No. 23075.

Court of Criminal Appeals of Texas.
Feb. 21, 1945.

Rehearing Denied March 28, 1945.

Grindstaff, Zellers & Hutcheson, of Weatherford, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary, punishment being assessed at two years in the penitentiary.

The indictment appears to properly charge the offense, and the record is before us without bills of exception or statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.